**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

IN THE MATTER OF THE                )
APPLICATION OF THE                  )
UNITED STATES OF AMERICA            )   M.J. No.: $09-mj-18$
FOR AN ORDER AUTHORIZING            )
THE INSTALLATION, MONITORING,   )
MAINTAINING, REPAIRING, AND         )
REMOVAL OF MOBILE TRACKING          )
DEVICES (BEEPERS).                  )
_____)

2009 FEB -5  P 2:02

**SEALED DOCUMENT**

## ORDER

Upon Application of the United States of America, and it
appearing from the Affidavit of Special Agent Jean Drouin of the
Drug Enforcement Administration that there is probable cause to
believe that a gray 2008 Nissan Quest, with Vehicle
Identification Number ("VIN") 5N1BV28U88N113184, bearing New
Hampshire registration number 72359, which is registered to BUY
HERE PAY HERE, LLC, 109 Rockingham Road, Derry, NH 03038, will be
used to facilitate violations of the laws of the United States,
including Title 21, United States Code, Sections 841 and 846 and
Title 18, United States Code, Sections 1956 and 1957; and good
cause appearing therefore,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

(1) Any Special Agent of the Drug Enforcement Administration
or any other law enforcement officer assisting the Drug
Enforcement Administration may surreptitiously enter and obtain
the above-described motor vehicle for the purpose of installing,
maintaining, repairing or removing mobile tracking devices and

further monitor for up to forty-five (45) days from the date of this Order, a transmitter emitting a radio pulse signal (or other signal) installed inside or outside of the above-described motor vehicle;

(2) Any Special Agent of the Drug Enforcement Administration or any other law enforcement officer assisting the Drug Enforcement Administration may surreptitiously enter onto any premises where the above-described motor vehicle may be located in order to install, maintain, repair, or remove such mobile tracking devices;

(3) A return shall be made to this Court as soon as possible, but, in any event, no later than ten (10) days after the date of installation of the mobile tracking devices;

(4) Pursuant to Title 18, United States Code, Section 3117, said agents and officers are authorized to monitor the mobile tracking devices at any time of the day or night whether the above-described motor vehicle is inside or outside of the District of New Hampshire, including any signals produced from inside any private garage or other location not open to public or visual surveillance; and

2

(5) This Order, the Application and Affidavit requesting this Order, and all other related documents, shall be sealed until further order of the Court.

(6) I find that there is reasonable cause to believe that notification of the execution of the warrant should be delayed an additional ninety (90) days because to do otherwise would seriously jeopardize the investigation.

JAMES R. MUIRHEAD
United States Magistrate Judge

Dated: February 5th, 2009

3