UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In The Matter of the Order
Authorizing the Installation,                 M.J. No.: 09-18
Monitoring, Maintaining, Repairing,
and Removal of Mobile Tracking Devices (Beepers)

(FILED UNDER SEAL)

### ORDER

After review of the Motion to Delay Notice under Rule 41 and the initial application for search warrant (including the supporting affidavit of Special Agent Jean Drouin), the government's motion for delay of providing notice of the execution of the search warrant on the above-referenced Mobile Tracking Devices (Beepers) pursuant to 18 U.S.C. 3103a(b), the Court hereby finds that notification of the execution of the warrant before or on June 18, 2009, or before the arrests of the defendants, may have an adverse result, in that it may result in a defendant or defendants fleeing from prosecution.

WHEREFORE, the Court grants the government's motion for delayed notice of the execution of the warrant on the above-referenced Mobile Tracking Devices (Beepers) and orders that notice of the execution of the warrant be delayed an additional 90 days until September 18, 2009.

Dated: June 15, 2009

Hon. James R. Muirhead
United States Magistrate Judge